IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TED K. BROWN, FORMER
HUSBAND,

      Appellant,

v.

VALERIE HAYS BROWN,
FORMER WIFE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4819

Opinion filed February 24, 2015.

An appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

Ted K. Brown, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.